# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0625

_____

A. B.,

    Appellant,

    v.

UF SHANDS PSYCHIATRIC
HOSPITAL (Shands at Vista),

    Appellee.

_____

On appeal from the Division of Administrative Hearings.
Suzanne Van Wyk, Administrative Law Judge.

December 19, 2023

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and LEWIS and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine R. Dixon, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.